IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JUDITH MAXWELL**                                                                           **PLAINTIFF**

**VS.**                          **NO. 3:04CV0035 JMM**

**THE PARAGOULD HOUSING AUTHORITY,**
**RON HALL, WELDON CHESSER, ANGELA**
**GRAY, DOROTHY GREEN, AND PAM DANIELS**        **DEFENDANTS**

### ORDER

The Plaintiff's Motion to Dismiss file September 27, 2005, is hereby GRANTED (#8).

Therefore, the above-styled case is hereby dismissed without prejudice, each party bearing its own fees and costs.

**IT IS SO ORDERED this 28th day of September, 2005.**

_____
**James M. Moody**
**United States District Court**